JS-6

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| BIANCA GOROSPE, an individual; et al., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ENTERTAINMENT, LLC dba ANGEL'S CABARET, a California limited liability company; CHRISTINA WEBB, an individual; DOE MANAGERS 1- 3; and DOES 4-10, inclusive, | Case No.: 5:21-cv-01755-JGB-SHK <br><br> **COLLECTIVE ACTION** <br><br> **JUDGMENT** |

**JUDGMENT**

– i –

On November 8, 2023, Claimant Cristina Holandez filed a petition requesting this Court to (1) confirm the arbitration award dated August 19, 2023, (2) enter judgment against Defendants, and (3) award post-arbitration attorneys' fees and costs to Holandez as the prevailing party in this action.

On November 16, 2023, this Court, having considered the Petition and related papers, hereby issues an Order **GRANTING** the Petition as follows:

**WHEREFORE**, this Court has reviewed and considered Claimant Holandez's Petition to Confirm the Arbitration Award stemming from this action.

**IT IS HEREBY ORDERED:**

1. The arbitration award dated August 19, 2023, is CONFIRMED in its entirety;
2. Judgment shall be entered in favor of Holandez and against Defendants, in conformity with the Arbitrator's Award;
3. Defendants shall pay the costs of suit and attorney fees incurred in the filing of the Petition to Confirm Arbitration Award, contesting the petition to confirm the arbitration award, entering the petition to confirm the arbitration award, and enforcing the petition to confirm the arbitration award; and
4. This Judgment shall bear post-judgment interest until paid, at a rate of 10 percent per annum.

Dated:  November 28, 2023

Honorable Jesus G Bernal
*District Court Judge*

JUDGMENT
– 1 –